UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWRENCE JENKINS,

                         Plaintiff,                    **SCHEDULING ORDER**
                                                             21-cv-1941 (DRH) (JMW)

     -against-

DETECTIVE JAMES MELCHIONA, DETECTIVE
TIMOTHY SHEEHAN, POLICE OFFICER PAUL
ROCCHIO, POLICE OFFICER RYAN QUARTE,
POLICE OFFICER JAMES CAPORALE, AND
POLICE OFFICER CHRISTOPHER QUITONI,

                         Defendants.
-------------------------------------------------------------X

**WICKS,** Magistrate Judge:

The court having conducted an initial conference with the parties on this date, the following dates and deadlines are established for this case:

| | |
|---|---|
| **Dec. 1, 2021 :** | Exchange of Rule 26(a)(1) disclosures |
| **Jan. 14, 2022:** | Service of first interrogatories and document demands |
| **Feb. 25, 2022:** | Responses to first interrogatories and document demands |
| **Mar. 18, 2022:** | Motions to join new parties or amend the pleadings |
| **Apr. 4, 2022:** | Meet and confer regarding 30(b)(6) depositions |
| **May 24, 2022 at 11:00 AM:** | Status conference to be held via Zoom. The Court will email a Zoom invitation closer to the conference date. |
| **June 3, 2022:** | Completion of all fact depositions |
| **July 1, 2022 :** | Identification of case-in-chief experts and service of Rule 26 disclosures |
| **Aug. 1, 2022:** | Identification of rebuttal experts and service of Rule 26 disclosures |
| **Sep. 1, 2022 :** | Close of all discovery, including expert discovery |

**Sep. 16, 2022:** Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.

**Sep. 19, 2022
at 11:00 AM:** Pretrial conference in courtroom 1020 of the Central Islip courthouse. If the assigned district judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing and filed in accordance with the undersigned's Individual Rules. The parties are reminded that any requests to alter or extend a scheduling order *after* the deadlines have passed will need to establish good cause and in addition, excusable neglect, in accordance with Fed. R. Civ. P. 6(b)(1)(B).

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules, except deposition rulings which the Court encourages be sought during the deposition. Motions that do not comply with all requirements will be rejected.

Dated: Central Islip, New York     **SO ORDERED:**
       December 1, 2021

                                    /S/ *James M. Wicks*
                                    JAMES M. WICKS
                                    United States Magistrate Judge