UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **September 9, 2022** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-1941 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Jenkins v. Melchiona et al |
| **FOR PLAINTIFF(S):** | Robert Howard Rickner |
| **FOR DEFENDANT(S):** | Brian C. Mitchell |
| **NEXT CONFERENCE(S):** | December 21, 2022 at 10:00AM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 10:16-10:22, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

Given the deadline to amend the pleadings has long passed (*see* DE 16) and Plaintiff represented on the record that he does not intend to amend the complaint (DE 1), any future motions to amend the pleadings will be denied absent a showing of good cause pursuant to Fed R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021).

<div align="center" style="text-align:right">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>