UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **May 24, 2024** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-1941 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Jenkins v. Melchiona et al |
| **FOR PLAINTIFF(S):** | Robert Howard Rickner |
| **FOR DEFENDANT(S):** | Callan Tauster |
| **NEXT CONFERENCE(S):** | July 8, 2024 at 11:00AM via Zoom |
| **FTR/COURT REPORTER:** | 12:03-12:55, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties shall each file trial memos (10 pages maximum and no exhibits) that detail the narrative of the case (what happened; each witnesses' role; summary of expected testimony; and key exhibits) by **6/7/2024**. The parties shall file *in limine* letter motions detailing any and all evidentiary issues raised by the parties in pretrial order at DE [45], as well as hearsay issues (10 pages maximum with no exhibits) by **6/14/2024**. Copies of all exhibits, all deposition transcripts and any other transcripts of recordings that parties may use at trial shall be delivered to chambers by **6/14/2024**.

The parties shall file proposed jury instructions and jury verdict forms, witness lists, exhibit lists, case narratives to read to the jury, proposed *voir dire* questions, stipulations, and in the event that Defendants are asserting qualified immunity defense and seek to submit interrogatories to jury, proposed interrogatories (on ECF and emailed to chambers) by **6/28/2024**. Additionally, the depositions of Jan. Miller and Guy DiPietro shall be completed by **6/28/2024**.

The final pretrial conference shall be held on **7/16/2024 at 11:00AM** in Courtroom 830 at the U.S. District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722

<div align="right">SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge</div>